```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08186
   ANGEL L MALDONADO
   MARGARET MALDONADO                       CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-7459    SSN XXX-XX-9125
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/04/07 and confirmed on 07/05/07.

   2.  The case was dismissed after confirmation, 12/06/2007.

   3.  The Debtor paid a total of $   3263.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | 2403.47 | .00 | 2403.47 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | SECURED | 375.76 | .00 | 375.76 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10050.00 | .00 | 398.94 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| REAL TIME RESOLUTIONS | MORTGAGE ARRE | 2364.50 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY FAMILY PRACTI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| RIAZ BARBER MD | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| THROUGH THE COUNTRY DOOR | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 9042.31 | .00 | .00 |

Summary of disbursements:

```
                       SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED    15193.73           .00      9042.31          .00      24236.04
PRINCIPAL PAID         3178.17           .00           .00         .00       3178.17
INTEREST PAID              .00           .00           .00         .00            .00
TOTAL PAID             3178.17           .00           .00         .00       3178.17
```

The Debtor's attorney, CHANG & CARLIN                    , was allowed $   3000.00
and was paid $    482.00   direct and $       .00   through the plan.

The Trustee received $     84.83 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/10/08                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 07 B 08186 ANGEL L MALDONADO & MARGARET MALDONADO